ACCEPTED
12-14-00210CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
1/29/2015 4:17:14 PM
CATHY LUSK
CLERK

## NO. 12-14-00210-CR

| | | |
|---|---|---|
| **BOBBIE DEWAYNE GRUBBS** | § | **IN THE TWELFTH** |
| | § | |
| **VS.** | § | |
| | § | |
| **STATE OF TEXAS** | § | **COURT OF APPEALS** |

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
1/29/2015 4:17:14 PM
CATHY S. LUSK
Clerk

### MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

COMES NOW Appellant Bobbie Dewayne Grubbs and files this his Motion to Extend Time to File Appellant's Brief, and in support thereof respectfully shows the Court as follows:

1. Appellant is Bobbie Dewayne Grubbs. Appellee is The State of Texas.

2. The deadline for filing Appellant's Brief is January 30, 2015.

3. Appellant respectfully requests an additional fourteen (14) days to file the Appellant's Brief, making it due on February 14, 2015.

4. One previous request for extension to file the brief has been received in this cause.

5. Appellant relies on the following facts as good cause for the requested extension:

   A. Counsel for Appellant was not the trial counsel in these matters, so he is not as familiar with the facts and legal issues of the cases as he would have been had he been trial counsel – as such, he needs additional time to review the records;

   B. The reporter's record in this case contains fifteen (15) volumes, amounts to 1258 pages of transcribed information and 223 trial exhibits, several of which are videos. The clerk's record in this case is over three hundred (300) pages. Counsel for Appellant is now a solo practitioner, so he no longer has partners or associates to assist him;

   C. Unexpected court commitments over the last two months and the holidays have limited the amount of time that counsel has had to work on this case; and

   D. This is a capital (non-death penalty) case.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion to Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

1

Respectfully submitted,

THE LAW OFFICE OF STEPHEN SHIRES, PLLC
Attorney and Counselor at Law
403 Nacogdoches Street
Center, Texas 75935
Tel: (936) 598-9400
Fax: (936) 598-6122

By:_____

Stephen Shires
State Bar No. 50511894
stephen@shireslawfirm.com

**ATTORNEY FOR APPELLANT**
**BOBBIE DEWAYNE GRUBBS**

## CERTIFICATE OF SERVICE

This is to certify that on January _____29th_____, 2015, a true and correct copy of the above and foregoing document was served on the Shelby County District Attorney, Mr. Ken Florence by personal delivery.

Stephen Shires

**STATE OF TEXAS** § 
§ 
§ 
**COUNTY OF SHELBY** §

## AFFIDAVIT

**BEFORE ME**, the undersigned authority, on this day personally appeared Stephen Shires, who after being duly sworn stated:

"I am the attorney for the Appellant in the above numbered and entitled cause. I have read the foregoing Motion To Extend Time to File Appellant's Brief and swear that all of the allegations of fact contained therein are true and correct."

Stephen Shires
Affiant

**SUBSCRIBED AND SWORN TO BEFORE ME** on _____11/29_____, 2015, to certify which witness my hand and seal of office.

Notary Public, State of Texas

SHILOH DENNEY
Notary Public, State of Texas
My Commission Expires
August 24, 2018

3